IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUBEN FISCHMAN,

        Plaintiff,

    v.

THE UNITED STATES OF AMERICA c/o
UNITED STATES ATTORNEY GENERAL,

        Defendant.

CIVIL ACTION
NO. 25-7131

## ORDER

**AND NOW**, this 3rd day of June 2026, upon consideration of the Government's Motion to Dismiss the Complaint (Doc. No. 6), Plaintiff's Response in Opposition (Doc. No. 9), the Government's Reply (Doc. No. 10), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Government's Motion to Dismiss the Complaint (Doc. No. 6) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.